UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

TEENA F. BUEHNER,         )
                          )
       Plaintiff,        )         3:14-cv-00093-LRH-VPC
  v.                      )
                          )
CAROLYN W. COLVIN, Acting )         O R D E R
Commissioner of Social Security, )
                          )
       Defendant.        )
_____)

       Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#22[1]) entered on March 2, 2015, recommending denying plaintiff's Motion for Reversal and/or Remand (#15) filed on October 3, 2014, and granting defendant's Cross-motion to Affirm (#20) filed on December 1, 2014. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

       The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#22) entered on March 2, 2015, should be adopted and accepted.

///

_____

[1] Refers to court's docket number.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#22) entered on March 2, 2015, is ADOPTED and ACCEPTED, and plaintiff's Motion for Reversal and/or Remand (#15) is DENIED.

IT IS FURTHER ORDERED that defendant's Cross-motion to Affirm (#20) is GRANTED.

IT IS SO ORDERED.

DATED this 31st day of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2